UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GIGENA, | No. 2:23-cv-1661 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| ANDREA SEXTON, et al., | |
| Defendants. | |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 29, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 7.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 8.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 29, 2023, are adopted in full; and

1

2. The Amended Complaint (ECF No. 6), inclusive of all claims against all defendants, is DISMISSED with prejudice.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 2, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2